■ PEOPLE v TYRONE BROWN. [616 NYS2d 181] —Motion for reargument, and for other relief, is deemed to be a motion for renewal, which motion is granted, and upon renewal, the Court adheres to its original determination. Concur—Sullivan, J. P., Rosenberger, Rubin and Nardelli, JJ.